Steven L. Crawford #166488
LAW OFFICE OF STEVEN L. CRAWFORD
P.O. Box 553
Grover Beach, CA 93483
Tel:805-458-6312
slcrawfordlaw@gmail.com


Attorney for Defendant
      BARBARA DIAZ

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:25-CR-00132-JLT-SKO |
| | ) | |
| Petitioner, | ) | STIPULATION TO SET A STATUS |
| | ) | HEARING AND ORDER |
| vs. | ) | |
| | ) | |
| BARBARA DIAZ, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

IT IS HEREBY STIPULATED by and between the parties in the above entitled

case, that a status hearing be set on September 24, 2025 at 1:00 p.m.

The basis for this stipulation is the Magistrate Court asked that a status be set prior

to Ms. Diaz's release from WestCare so a release plan can be formulated. Defense

Counsel has submitted a plan of release to Probation who indicated that a

memorandum would be coming to the court prior to a hearing.

Stipulation to set Status
United States of America v. Barbara Diaz
Page 1

September 16, 2025

/Antonio J. Pataca/
ANTONIO J. PATACA
AUSA


/Steven L. Crawford/
STEVEN L. CRAWFORD
Attorney for BARBARA DIAZ


**ORDER**

IT IS SO ORDERED that a status conference is set for **September 24, 2025 at 1:00**

**p.m. in Courtroom 8 before Magistrate Judge Barbara A. McAuliffe**.

IT IS SO ORDERED.

Dated:    **September 16, 2025**         /s/ *Barbara A. McAuliffe*
                                          UNITED STATES MAGISTRATE JUDGE

Stipulation to set Status
United States of America v. Barbara Diaz
Page 2