Law Office of Steven L. Crawford
Steven L. Crawford #166488
P.O. Box 553
Grover Beach, CA 93483
Tel: (805)458-6312
slcrawfordlaw@gmail.com

Attorney for Defendant
BARBARA DIAZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,           )   Case No. 1:25-cr-000132 JLT/SKO
                                     )
            Plaintiff,               )
                                     )   STIPULATION AND ORDER TO VACATE
vs.                                  )   STATUS HEARING
                                     )
BARBARA DIAZ,                        )
                                     )   Judge: Hon. Sheila K. Oberto
            Defendant.               )
_____ )

IT IS HEREBY STIPULATED by and between the parties in the above entitled case, that

the status conference currently set for October 15, 2025 be vacated.

The basis for this stipulation is the defendant was accepted into the Liberty House Sober

Living Facility on September 24, 2025 and a status on that issue is no longer necessary.


                                     Respectfully submitted,

Date: September 25, 2025             /s/      Steven L. Crawford
                                     Steven L. Crawford
                                     Attorney for Defendant
                                     BARBARA DIAZ


Date: September 25, 2025             /s/      Robert Veneman-Hughes

                                     Assistant United States Attorney

1

**O R D E R**

2

    IT IS SO ORDERED.

3

4

Dated:  9/25/2025

*Sheila K. Oberto*

5

HON. SHEILA K. OBERTO
United States Magistrate Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28