ERIC GRANT
United States Attorney
ANTONIO J. PATACA
ROBERT L. VENEMAN-HUGHES
Assistant United States Attorneys
2500 Tulare St., Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BARBARA DIAZ,<br><br>Defendant. | CASE NO. 1:25-CR-00132 JLT<br><br><u>UNITED STATES' SENTENCING MEMORANDUM</u> |

Barbara Diaz assisted her boyfriend and other Bulldog gang members with retrieving narcotics intended to be smuggled into the Fresno County Jail. For this conduct, the United States recommends a sentence of 30 months imprisonment.

Like many defendants in this case, Diaz served as a facilitator for Bulldog gang members seeking to move drugs into the jail. Smuggling narcotics into custody facilities is a significant source of revenue for the gang, and that revenue sustains its criminal enterprise and the violence that accompanies it in the community.

The harm is not limited to the streets. Introducing methamphetamine, heroin, and fentanyl into a jail endangers correctional officers and inmates alike, who risk exposure and overdose in a confined setting. Diaz's own experience shows the danger: while in pretrial custody, she was twice taken to the hospital as a result of drug use.

Diaz's conduct since her arrest also reinforces the need for a custodial sentence. Her pretrial supervision was marred by alcohol consumption and by contact with a co-defendant in violation of the Court's orders. These violations show that, even under court supervision, Diaz has been unable or unwilling to comply with the conditions imposed on her.

The government's recommendation nevertheless takes into account the significant mitigating circumstances in this case. Diaz has struggled with substance abuse for many years, and that addiction is likely the principal reason she became involved in this offense. She also suffered abuse as a child and left her home at age 14. These circumstances do not excuse her conduct, but they warrant a sentence at the low end of the applicable Guidelines range.

Balancing the seriousness of the offense, the need for deterrence and protection of the public, Diaz's poor performance on pretrial supervision, and her history of abuse and addiction, the United States respectfully recommends a sentence of 21 months' imprisonment.

DATED: September 16, 2026

Respectfully submitted,

ERIC GRANT
United States Attorney

/s/ Antonio J. Pataca
ANTONIO J. PATACA
ROBERT L. VENEMAN-HUGHES
Assistant United States Attorneys